# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| THIS DOCUMENT RELATES TO:<br>*GREEN v. COOK INCORPORATED et al*<br>Case No. 1:21-cv-06364-RLY-TAB | |

> Motion denied. A disagreement over the manner in which a case should be pursued does not warrant withdrawal of counsel. The fact that Plaintiff gave verbal consent to the withdrawal does not change this outcome.
>
> Tim A. Baker
> U.S. Magistrate Judge
> Dated: 10/27/2025

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

Pursuant to Local Rule 83-7(b), Joshua R. Harris of the law firm Gomez Trial Attorneys and Altom M. Maglio of the law firm Maglio Christopher & Toale, PA move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. Counsel withdraws from representation of Plaintiff on September 26, 2025, or the date upon which the Court sets for withdrawal and/or the date an Order is signed by the Court permitting such withdrawal.

3. Counsel reached out to Plaintiff in written communications on September 15, 2025, and September 9, 2025, to discuss her case. Counsel notified Plaintiff (by telephone call) his intention to withdraw as her attorney in this action on September 23, 2025, and Plaintiff provided verbal consent to the withdrawal on September 25, 2025.

1