**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

_____

THIS DOCUMENT RELATES TO:

GREEN v. COOK INCORPORATED *et al*
Case No. 1:21-cv-06364-RLY-TAB

_____

## <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF</u>

Pursuant to Local Rule 83-7(b), Altom Maglio, of **mctlaw**, respectfully moves this Court

for entry of an Order to allow the forementioned to withdraw as counsel for Plaintiff Vanessa

Green, and in support of this Motion states as follows:

1. This Motion is filed in good faith and is not intended to delay these proceedings.

2. **mctlaw**'s involvement in this matter has been limited. Attorney Altom M. Maglio

   originally filed this action in the United States District Court for the District of Columbia

   in its capacity as local counsel for Gomez Trial Attorneys.

3. **mctlaw** was not retained to act as Plaintiff's primary counsel and did not direct the

   prosecution or management of Plaintiff's claims. At all relevant times, Gomez Trial

   Attorneys served as Plaintiff's primary counsel.

4. After the filing of the action, **mctlaw** and attorney Altom M. Maglio had no substantive

   involvement in the litigation. **mctlaw** did not participate in discovery, case strategy,

   settlement discussions, client communications, or other substantive case activity.

5. On September 26, 2025, Joshua R. Harris of Gomez Trial Attorneys filed a Motion to Withdraw as Counsel of Record for Plaintiff. That motion represented that Gomez Trial Attorneys had notified Plaintiff of counsel's intention to withdraw and further stated that the attorney-client relationship had broken down and that counsel and client disagreed as to the manner in which the case should proceed.

6. Because **mctlaw**'s involvement was limited to acting as local counsel for Gomez Trial Attorneys in connection with the original filing of the action, and because **mctlaw** has had no further involvement in the case and no communication with Plaintiff, good cause exists to permit **mctlaw** and its attorney of record, Altom M. Maglio, to withdraw.

7. Plaintiff's last known contact information, as identified in the previously filed Motion to Withdraw by Gomez Trial Attorneys, is as follows:

Vanessa Green
555 E Street SW
APT 408
Washington, DC 20024
202-650-2399

WHEREFORE, the undersigned counsel moves this Court for entry of an Order permitting Altom M. Maglio of **mctlaw** to withdraw his appearance as counsel of record in this matter.

Dated: July 9, 2026

Respectfully Submitted,

**mctlaw**

/s/ Altom M. Maglio_____
Altom M. Maglio (DC Bar No. 456975
1515 Ringling Blvd. Suite 700
Sarasota, FL 34236
PH: 888.952.5242/ FAX: 888.952.5042
amm@mctlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, I electronically filed the foregoing document

with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic

filing to all counsel of record who are CM/ECF participants.

**mctlaw**

*/s/ Altom M. Maglio*
Altom M. Maglio (DC Bar No. 456975
1515 Ringling Blvd. Suite 700
Sarasota, FL 34236
PH: 888.952.5242/ FAX: 888.952.5042
amm@mctlaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC          Case No. 1:14-ml-2570-RLY-TAB
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY          MDL No. 2570
LITIGATION

_____

THIS DOCUMENT RELATES TO:

GREEN v. COOK INCORPORATED et al
Case No. 1:21-cv-06364-RLY-TAB

_____

**[PROPOSED] ORDER GRANTING MOTION**
**TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

This matter is before the Court on the Motion to Withdraw as Counsel of Record for

Plaintiff filed by Altom M. Maglio of mctlaw. The Court, having reviewed the Motion and being

otherwise duly advised, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion to Withdraw as Counsel of Record for

Plaintiff is GRANTED. Altom M. Maglio and mctlaw are hereby withdrawn as counsel of record

for Plaintiff Vanessa Green in this matter.

The Clerk is directed to terminate Altom M. Maglio as counsel of record for Plaintiff

Vanessa Green and to update the docket accordingly.

SO ORDERED this _____ day of _____, 2026.


_____
Hon. Richard L. Young
United States District Judge