**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

_____

THIS DOCUMENT RELATES TO:

GREEN v. COOK INCORPORATED et al
Case No. 1:21-cv-06364-RLY-TAB

_____

## ORDER GRANTING MOTION
## <u>TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF</u>

This matter is before the Court on the Motion to Withdraw as Counsel of Record for

Plaintiff filed by Altom M. Maglio of mctlaw. The Court, having reviewed the Motion and being

otherwise duly advised, hereby grants the motion.  [Filing No. 28010.]

IT IS THEREFORE ORDERED that Altom M. Maglio and mctlaw are hereby

withdrawn as counsel of record for Plaintiff Vanessa Green in this matter.  The Clerk is directed

to terminate Altom M. Maglio as counsel of record for Plaintiff Vanessa Green and to update the

docket accordingly.

Date: 7/9/2026

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system