UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Meredith S. and Terry Wilson | 1:16-cv-2137-RLY-TAB |
| William Yarling | 1:19-cv-2388-RLY-TAB |
| Vanessa Green | 1:21-cv-6364-RLY-TAB |

**ORDER DISMISSING CASE**

The Magistrate Judge recommends that these actions be dismissed without prejudice. The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 28089). The cases captioned above are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 25th day of August 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.